JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 360 ACCOUNTING SOLUTIONS, LLC dba UNITED TAX SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>TAXASSOCIATES, INC., ROBERT MAYHALL, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00478-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

### JUDGMENT

Pursuant to the Order entered substantially contemporaneously, and the Court's Order Granting Plaintiff and Counterclaim Defendant 360 Accounting Solutions, LLC's Motion for Summary Judgment (Dkt. No. 97), and good cause appearing, **IT IS HEREBY ORDERED:**

1. Final judgment be **ENTERED** in favor of Plaintiff and Counterclaim Defendant 360 Accounting Solutions, LLC.
2. Plaintiff and Counterclaim Defendant 360 Accounting Solutions, LLC is

   **AWARDED** damages in the amount of **$599,516.52**, consisting of a principal sum of **$495,000** and prejudgment interest of **$104,516.52**.

3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: May 9, 2023

_____
Honorable Jesus G. Bernal
United States District Judge